**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ERICK IVAN SANCHEZ LICONA,

Petitioner,

v.

WARDEN OTAY MESA DETENTION CENTER,

Respondent.

Case No. 26-cv-01108-BAS-SBC

**ORDER REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Erick Ivan Sanchez Licona filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner is self-represented. He claims he is being unlawfully detained by Immigration and Customs Enforcement without a bond determination. (*See id.*)

Having reviewed the Petition, the Court finds that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition. Accordingly, the Court **ORDERS** as follows:

- 1 -

1.      The Government must file a response to the Petition no later than **March 5, 2026**.  The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition. The Government must also address whether Petitioner is a member of the class certified in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).

2.      No reply by Petitioner is necessary unless requested by the Court.

3.      The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition (ECF No. 1) and this Order.

**IT IS SO ORDERED.**

**DATED: February 25, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1108