**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ERICK IVAN SANCHEZ LICONA,

Petitioner,

v.

WARDEN OTAY MESA DETENTION CENTER,

Respondent.

Case No. 26-cv-01108-BAS-SBC

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Erick Ivan Sanchez Licona, appearing *pro se,* filed a habeas petition pursuant to 28 U.S.C. § 2241 requesting a bond hearing.  (ECF No. 1.)  The Government responded to the Petition, acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF No. 4.)  For the reasons stated below, the Court **GRANTS** the Petition and orders that Petitioner be given a bond hearing within 14 days.

**I.      LEGAL STANDARD**

A writ of habeas corpus is "available to every individual detained within the United States." *Hamdi v. Rumsfeld,* 542 U.S. 507, 525 (2004).  "The traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez,* 411 U.S. 475, 484 (1973).  A court may grant a writ of habeas corpus to a petitioner who demonstrates he or

- 1 -

she is in custody in violation of the Constitution or federal law.  28 U.S.C. § 2241(c)(3).  It applies to non-citizens detained within the United States. *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001).  Since Petitioner is in custody and since he is seeking release from custody, he has standing to pursue this Petition.

## II.    ANALYSIS

Petitioner's habeas petition is not replete with facts.  He claims he was "detained on November 16, 2025, while accompanying his girlfriend to the airport in Newark, New Jersey." (ECF No. 1.)  And he is now being held in immigration custody at the Otay Mesa Detention Center.  (*Id.*)  Although the Government maintains that Petitioner is not a member of the class certified in *Maldonado Bautista v. Santacruz*, __ F. Supp. 3d __, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), the Government nonetheless concedes that Petitioner "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. §1226(a)." (ECF No. 4.)  In light of the Government's concession, the Court **GRANTS** the Petition.

## III.    CONCLUSION

Accordingly, the Court issues the following writ:

The Court **ORDERS** a bond hearing before an Immigration Judge for Erick Ivan Sanchez Licona (A# 246-241-090) within 14 days of the date of this Order.  The bond hearing shall be governed by 8 U.S.C. § 1226(a), not § 1225(b)(2). If no bond hearing is held within 14 days, Petitioner is ordered released forthwith.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: March 3, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1108